**1817.**

*Abbott et al. vs: Thompson*

TERRITORY OF MICHIGAN TO WIT

In the matter of
*James Abbott*
    *vs*
*Otis Russell*
*Guy Carleton*
*Eliah Cine Russell &*
*William Thompson*

Now imprisoned in the Common Jail of the Territory, being used as a Jail in & for the County of Wayne, in s^d Territory of Michigan on said Action instituted

This "Trespass vi et armis, quare clausum fregit"
Damages $800

~~The Oath of Said James Abbott before the Honble Jn° R Williams Ass. J. of W C C^t States falshoods & in the legal opinion of the undersigned Attorney for the prisoners the said James Abbott has committed wilful & corrupt perjury, in stating that according to "the best of his knowledge & belief the "said Otis, Guy, Eliah & William have maliciously committed a Trespass "upon the Land & fishery of the said James and by the said James duly "possessed by Lease to a very great amount and especially as it put in "Jeopardy the said James' right of fishery, and he the said James, further "hath therein made Oath that he the said James is in danger of losing his "just compensation for the damage he has sustained unless bail shall be "required"~~

~~The undersigned Attorney for said Defendants gives your Honor to understand & be informed that the above is a notorious tissue of falshood, which nevertheless hath not prevented the right Honbl Jn° R Williams Esq^r Ass. J of W C C^t from unrighteously directing bail to be taken on the above perjured Oath as the undersigned really & conscientiously believes has been to take willfully & corruptly & with a view to Tyranise and oppress the foregoing four honest Fredonian Freeholders of the State of Ohio, the undersigned has reference particularly to Cap William Thompson a Man as he is informed to be of great good Character & fortune in the State of Ohio or near Cleaveland in the State of Pennsylvania, who by the said~~

~~James Abbott Oath aforesaid are all falsely represented as transient persons not possessed as he verily believes of any real Estate within the said Territory & that is by accident true, but then they hold the Bond of the undersigned in his individual Capacity that he will uphold them in said fishery as his own property acquired by Deed from Chs Poupard dit Lafleur, and therefore he the said James who read the above Bond as it was shown to him by the said Prisoners, as they informed the undersigned before he took said false Oath as your Informant very believes the said James to have corruptly & wickedly taken & other oppressions besides imprisoning them unjustly did to them at s^d Fishery on the premises of the said Charles Poupard dit Lafleur so assigned unto & sold to the said George McDougall, done to them by Worthy associates & fit companions of the said James Abbott viz Robert Smart formerly a Common Carter in the s^d Town of Detroit & Rich^d Smyth a Hatter & Tavern Keeper all which Tyrannical oppressions the undersigned prays & humbly prays in the most entreating manner & for the love of Jesus Christ, the said A B Woodward as Chief Conservator of the peace he will be pleased officially to investigate Independent whereof~~

The undersigned prays that your Honor will direct a Writ of Habeas Corpus to issue Rble forthwith before your Honor at the Court or Indian Council House, directing the Bodies of s^d Prisoners to be brought before your Honor as they have been suffering in s^d Jail since yesterday, inasmuch as they have been so confined without just cause. And as in Duty Bound your petitioner will ever pray

NB

Please to direct a writ
of supoena Duces Tecum to
Peter Audrain as Register of
the Land Office, to bring with

Detroit Nov 1. 1816
Geo McDougall
Atty for s^d Defendants prisoners

him the Records of the proceedings of the U S Commissioners of the Land Office in Detroit page 121 — J. B. Alloirs dit Lapierre Claim—

No 120   of June 1808

Chs Poupard dit Lafleurs right reserved which is the principal proof relied upon to maintain the right of the s^d Charles Poupard under whom the undersigned holds right to said fishery, which Js Abbott corruptly calls his own, but which he as one of the U S Commissioners who sat on the claim so reserved of said poupard & right thereto he himself well knows

Respectfully
Geo McDougall

for himself Chs Poupard dit Lafleur & his Tenants the aforesaid Prisoners

TERRITORY OF MICHIGAN  
DISTRICT OF DETROIT  } TO WIT

Be it remembered that on this first day of November in the year of our Lord one thousand Eight hundred & sixteen, personally appeared before me Peter Audrain, one of the justices of the peace in & for said district of Detroit, George McDougall, Counsel & attorney at Law in the Superior Courts of said Territory, who being solemnly sworn on the Holy Evangelists of Almighty God deposeth and saith that he verily & conscienciously believes that the two foregoing Complaints by him signed in behalf of himself Chas Poupard & Otis Russell  Guy Carleton, Eliah Cene Russell and William Thompson, are in substance true & that he believes he can prove the same to the satisfaction of the Honbl A B. Woodward, one of the Judges of the Supreme Court of the Territory of Michigan provided s$^d$ Judge will investigate the same and further this Deponent saith not

Sworn & Subscribed                                            GEO McDOUGALL  
before me, at my  
Office in the City  
of Detroit the day  
& year first above written

[In the handwriting of George McDougall]

PETER AUDRAIN  
Justice of the peace D. D. T. M.

MICHIGAN ss.

Let a writ of habeas corpus issue on this application returnable in open court on Monday next.

WOODWARD  
One of the judges.  
Nov. 1, 1816.

[In the handwriting of Augustus B. Woodward]